IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOVAN STRONG,

      Plaintiff,                      No. 2:11-cv-1916 KJM JFM (PC)

    vs.

SOLANO COUNTY
SHERIFF'S DEPARTMENT
(MEDICAL STAFF),

      Defendants.               FINDINGS & RECOMMENDATIONS

                              /

        By order filed October 11, 2011, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Any response to the objections shall be filed and served
2  within fourteen days after service of the objections.  Plaintiff is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: December 8, 2011.

                                                                         /s/ John F. Moulds
                                                        UNITED STATES MAGISTRATE JUDGE

12
stro1916.fta